WILLIAM E. JAMES et al., Respondents, *v.* SPENCER D. RICH-
ARDSON et al., Appellants.

(Argued June 15, 1886; decided June 22, 1886.)

*William E. Ayres* for appellants.

*Homer Weston* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

HENRY DAY, Appellant, *v.* ALBERT PALMER COMPANY, Re-
spondent.

SAME, Appellant, *v.* CORNELIA M. PALMER, Respondent.

(Argued June 15, 1886; decided June 22, 1886.)

*George A. Strong* for appellant.

*Frederick Seymour* for respondent.

Agree to affirm ; no opinion.
All concur.
Orders affirmed.